**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF KING**

| | |
|---|---|
| VITALIY SULZHIK, a single person,<br><br>Plaintiff,<br><br>-vs-<br><br>HANSEN BEVERAGE COMPANY dba MONSTER BEVERAGE COMPANY, a Delware Corporation,<br><br>Defendant. | **NO. 11-2-11533-0 KNT**<br><br>**COMPLAINT FOR DAMAGES** |

**COMES NOW** Plaintiff Vitaliy Sulzhik, by and through his attorney of record, Reed Yurchak, and files this complaint against defendant, Hansen Beverage Company, and complains and alleges as follows:

## I. THE PARTIES

1.1 Plaintiff is a single individual and a resident of Federal Way, Washington, County of King.

1.2 Plaintiff is informed and believes, and on that basis alleges, that Defendant HANSEN BEVERAGE COMPANY d/b/a MONSTER BEVERAGE COMPANY ("MBC") is



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

a Delaware corporation having its principal place of business at 550 Monica Circle, Corona, California 92882. MBC does business as Monster Beverage Company. MBC is subject to general and specific jurisdiction of this Court by virtue of its substantial contacts with Washington State.

## II. JURISDICTION AND VENUE

2.1 At all times relevant hereto Plaintiff was a resident of Federal Way, Washington, County of King.

2.2 At all times relevant hereto, Defendant was a company doing business in the State of Washington, including, but not limited to, advertising their products, having authorized dealers located in Washington, shipping their products into the State, and selling their products to Washington businesses and individuals.

2.3 The negligent acts and damages alleged herein occurred in King County, Washington.

2.4 This Court has personal jurisdiction over the Defendant in that it does business in the State of Washington.

2.5 Venue is proper in King County, Washington.

## III. FACTS

3.1 MBC is a nation-wide leader in the business of designing and selling beverages, including energy drinks. In 2002, Hansen launched its MONSTER energy drink.

3.2 On or about March 20, 2010, Plaintiff purchased a Monster Energy Drink from a Fred Meyer store in Des Moines, WA. The can was an aluminum 16 oz can. Plaintiff opened the can of Monster Energy Drink and consumed its contents. After consuming the contents, Plaintiff felt the empty can was unusually heavy. Plaintiff looked inside the can and



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

was able to see a dead mouse stuck to the bottom of the can. Plaintiff immediately became nauseous and went to the hospital where he received medical attention. Plaintiff carefully placed the can of Monster Energy Drink in a zip lock bag.

3.3 Subsequently, the can and its contents underwent testing that verified, in relevant part, that the mouse was an adult female Deer mouse.

## IV. COUNT ONE: STRICT LIABILTIY

4.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-3 of this Complaint.

4.2 Defendant is in the business of designing, producing, manufacturing, distributing, and selling Monster energy drink beverages.

4.3 The beverage purchased by Plaintiff and its contents were in a defective condition and unreasonably dangerous when it left the control of Defendant.

4.4 On March 20, 2010, at the time the Plaintiff sustained injuries which are the cause of this action, there was no evidence the can of Monster Energy drink had been altered, changed, or modified from the condition it was in when it left Hansen Beverage Company.

4.5 At the time the Plaintiff sustained the injuries, he was drinking the Monster Energy drink in its intended manner.

4.6 As a direct and proximate result of the Defendant's actions and inactions described above, the Plaintiff sustained injuries that are the subject matter of this action.

## V. COUNT TWO: NEGLIGENCE

5.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-4 of this Complaint.



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

5.2 Defendant was negligent in the design, manufacturing, sale and warnings, and instructions given concerning the Monster Energy drink beverage, including but not limited to, failure to manufacture a product that was safe for human consumption.

5.3 Defendant knew, or should have known, yet failed to warn consumers such as Plaintiff, in dangers in manufacturing a beverage that was safe for human consumption.

5.4 As a direct and proximate result of the negligence and carelessness described herein, the Plaintiff sustained injuries that are the subject matter of this action.

## VI. COUNT THREE: EXPRESS WARRANTIES

6.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-5 of this Complaint.

6.2 Defendant did expressly warrant that the energy drink was safe for consumption by persons such as Plaintiff.

6.3 Defendant knew or should have known the energy drink was defective and unsafe to consume.

6.4 Plaintiff received injuries as a result of said breach.

## VII. COUNT FOUR: IMPLIED WARRANTIES

7.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-6 of this Complaint.

7.2 Defendant is the manufacturer and the seller of the goods described herein.

7.3 Defendant did impliedly warrant that said energy drink was fit for the ordinary uses for which such goods are used, confirmed to the promises or affirmations of fact made on the container, label, or advertising, and in general, that the energy drink was merchantable and safe for consumption by persons



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

7.4 Plaintiff received injuries as a result of the breach of warranty(s) described herein.

## VIII. LIMITED WAIVER OF PHYSICIAN / PATIENT PRIVELEGE

8.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-7 of this Complaint.

8.2 Pursuant to RCW 5.60.060(4)(b) and the procedures of the Uniform Health Care Information Act, RCW 42.17 and RCW chapter 70, Plaintiff hereby waives the physician patient privilege only after 90 days and insofar as necessary to place any and all alleged damages at issue at the time of trial, as might be required by act, or statute, or case law interpreting said statute and acts in the State of Washington. This limited waiver does not constitute a waiver of any of the Plaintiff's constitutional or statutory rights and defendants are not to contact any treating physician, past, present, or future, without first notifying counsel for plaintiff, as required by and in compliance with the Uniform Health Care Information Act, otherwise counsel might bring this matter to the attention of the court and secure appropriate relief to include limitations and restrictions upon any such defendant's desire or intent to contact past, or subsequent treating physicians, ex parte, or otherwise. Plaintiff further states that Loudon v. Mhyre, 110 Wn.2d 675 (1988) and Kime v. Niemann, 64 Wn.2d 394 (1964) are the correct law governing waiver of the physician patient privilege in this state and that the Uniform Health Care Information Act puts forth the legal procedures required to serve a Plaintiff's medical records and any related health care information.



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

## IX. DAMAGES

9.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-8 of this Complaint.

9.2 As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered physical injuries and is entitled to be compensated for his injuries.

9.3 As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered and will continue to suffer pain and suffering and is entitled to be compensated therefrom.

9.4 As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered mental and emotional distress, loss of life's enjoyment, and is entitled to be compensated therefrom.

9.5 Plaintiff is entitled to costs and attorney's fees incurred herein.

9.6 Plaintiff is entitled to prejudgment interest on all damages and out-of-pocket expenses directly and indirectly caused by the negligence alleged herein.

## X. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment over and against Defendant by way of monetary damages, for all causes of action pled, and for all injuries and damages allowed, provided for or permitted by the common law and statutory laws of Washington and in such amount that shall be determined by the finder of fact under the evidence presented at arbitration or trial, together with any such available damages to include:

10.1 Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-9 of this Complaint.



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

10.2 For an award of damages compensating Plaintiff's physical injuries in and amount to be proven at trial.

10.3 For an award of damages compensating Plaintiff's medical expenses and other out of pocket expenses in an amount to be proven at trial.

10.4 For an award of damages compensating Plaintiff's physical pain and suffering in an amount to be proven at trial.

10.5 For an award of damages compensating Plaintiff's mental and emotional distress in an amount to be proven at trial.

10.6 For an award of damages compensating Plaintiff's costs, including arbitration, and attorney's fees in an amount to be proven at trial.

10.7 For an award of damages compensating Plaintiff's pre and post judgment interest on all fixed and liquidated damages and out-of-pocket expenses directly and indirectly caused by the negligence alleged herein in an amount to be proven at trial.

10.8 For any other relief that this court deems just and equitable.

**DATED** this 28th day of March, 2011

**LAW OFFICE OF REED YURCHAK**

By____________________
REED YURCHAK
WSBA No. 37366
Attorney for Plaintiff



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349

## VERIFICATION

**VITALIY SULZHIK** hereby declares as follows:

I am the lead Plaintiff named hereinabove. I have personal and testimonial knowledge of the facts set forth below and am competent to be a witness herein.

I have read the foregoing Complaint for Damages, know the contents thereof and believe the same to be true.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

**DATED** this 28th day of March, 2011

VITALIY SULZHIK



LAW OFFICE OF REED YURCHAK
2018 156th Ave NE, #100
Bellevue, WA 98007
TELE: 425-941-6659; FAX: 425-458-9349