UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITALIY SULZHIK,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN BEVERAGE COMPANY, dba MONSTER BEVERAGE COMPANY, a Delaware corporation,<br><br>Defendants. | No. 2:11-cv-00660<br><br>**STIPULATION RE: VOLUNTARY DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |



**CALLAHAN & BLAINE** APLC
3 Hutton Centre Drive, 9th Floor
Santa Ana, California 92707
(714) 241-4444/Fax: (714) 241-4445

IT IS HEREBY STIPULATED by and between Plaintiff VITALIY SULZHIK, on the one hand, and Defendant HANSEN BEVERAGE COMPANY, dba MONSTER BEVERAGE COMPANY, on the other hand, through their respective attorneys of record, that the instant action be dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*.

Each party will bear its own attorneys' fees and costs.

DATED this 9th day of August, 2011.

Respectfully submitted,

**LAW OFFICE OF REED YURCHAK**

By s/ Reed Yurchak
Reed Yurchak, WSBA# 37366
Email: yourchaklaw@gmail.com

*Attorneys for Plaintiff Vitaliy Sulzhik*

**CALLAHAN & BLAINE, APLC**

By: s/ Marc P. Miles
Marc P. Miles, CA Bar No. 197741
Email: mmiles@callahan-law.com
*Attorneys for Defendant Hansen Beverage Company, dba Monster Beverage Company*

**GRAHAM & DUNN PC**

By s/ K. Michael Fandel
K. Michael Fandel, WSBA# 16281
Email: mfandel@grahamdunn.com
*Attorneys for Defendant Hansen Beverage Company, dba Monster Beverage Company*



**CALLAHAN & BLAINE APLC**
3 Hutton Centre Drive, 9th Floor
Santa Ana, California 92707
(714) 241-4444/Fax: (714) 241-4445